NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELFINA MCINTOSH,**
*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent*

---

2019-2454

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-17-0803-I-4.

---

**ON MOTION**

---

Before DYK, *Circuit Judge*.

**O R D E R**

The Department of Defense ("DOD") moves to remand this case to the Merit Systems Protection Board ("MSPB") for further proceedings. DOD further asks for an additional 60 days to file its response brief if the motion to remand is denied. Elfina McIntosh opposes. DOD replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to remand is denied without prejudice to DOD raising its request in its response brief, which is due within 60 days of the date of this order.

(2) No later than 30 days from the date of this order, the MSPB is directed to inform this court whether it wishes to intervene in this case.

FOR THE COURT

April 21, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s28