NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELFINA MCINTOSH,**
*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent*

**MERIT SYSTEMS PROTECTION BOARD,**
*Intervenor*

---

2019-2454

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-17-0803-I-4.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The Department of Defense moves unopposed for the court to stay further proceedings in this case until 30 days after the disposition of *Arthrex, Inc. v. Smith & Nephew, Inc., et al.*, No. 19-1434, by the United States Supreme

Court. This case is currently scheduled to be argued telephonically on December 8, 2020.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the argument is canceled and the case is stayed. Within 30 days after the disposition of *Arthrex*, the parties are directed to advise this court how this case should proceed.

FOR THE COURT

October 23, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court