# United States Court of Appeals for the Federal Circuit

---

**ELFINA MCINTOSH,**
*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent*

**MERIT SYSTEMS PROTECTION BOARD,**
*Intervenor*

---

2019-2454

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-17-0803-I-4.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

November 9, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court