No. 19-2454

# United States Court of Appeals for the Federal Circuit

ELFINA MCINTOSH,

*Petitioner, pro se*

v.

DEPARTMENT OF DEFENSE,

*Respondent*

MERIT SYSTEMS PROTECTION BOARD,

*Intervenor*

Appeal from the Merit Systems Protection Board in No. DC-0752-17-0803-I-4

**COMBINED PETITION FOR PANEL REHEARING AND REHEARING EN BANC OF PLAINTIFF**

RECEIVED

DEC 12 2022

United States Court of Appeals
For The Federal Circuit

## ARGUMENT

As I am now pro-se, I don't know the legal jargon to include in this document, however, I will maintain my professionalism, and honesty, and most importantly, my dignity.

The purpose of this petition is for panel rehearing and rehearing en-banc of plaintiff. I will not attempt to outline, justify, or argue the reasonings behind the false charges that I was accused of, or the allegations that were brought against me other than saying that they were all lies, fictitious, made-up offenses, and that Department of Defense personnel have succeeded in what they promised; which was to destroy me as a means of making an example out of a whistleblower.

Despite being the subject of many levels of discrimination, I was also engaged in several acts of whistleblowing in which the Agency had taken multiple personnel actions in reprisal; which resulted in my termination with the federal government after almost 20 years of continued exemplary service.

I, Elfina McIntosh, a middle-aged woman close to 50 years old (at the time), who has worked since the age of 14 years old; disabled, educated, and a GS-15 black woman; the only minority and highest-grade employee in an environment filled with corrupt individuals who thought that I was not good for anything but taking the fall for their corruption of fraud, waste, and abuse did the unthinkable. I reported fraud, waste, abuse, and corruption that was being done with government military contracts that were in my purview, ratifications and unauthorized actions that were being used with my signature, without my authority, without my permission, without my delegation of authority and was 100 % unauthorized by me. I was the first person who established this office; along with a former retired SES, and everyone else came after me several months later. Little did I know that Wayne Boswell and his group which consisted of Heather McIntosh (no relation), Andrew Cohen, Carol Lee Van Horn (in charge of funding), and Roger Henriques (DOI contracting officer), engaged in illegal practices to include employment, inappropriate and mismanagement of funding related to military contracts, whereas I was listed as the COTR (Contractor Officer Technical Representative) and unethical contractual actions. This all came to light during the harassment that I received from Wayne Boswell's boasting. I began my employment with the federal government on 11/23/1998 and worked from a GS-5 up to a GS-15 step 3. During this time, I attained a B.S. in Business, with a minor in Computer Information Systems, and M.A. in Human Resource Management. I had an SCI security clearance, was level 3 certified in Contracting, and was a qualified, skilled, COTR. I took my work seriously, as well as my responsibilities. My current role required me to above all "Conduct business with integrity, openness, and fairness". In December 2016, when I learned that my director, Wayne Boswell had been approving invoices, authorizing large amounts of contractual purchases, and luxury travel on my behalf without my authorization, I confronted him. I noticed that some things had been approved by him and Heather McIntosh on my

scheduled day off. As the program Manager and Director, it was a conflict of interest, should not have been done, nor were they authorized by the contracting officer. Wayne Boswell told me that he would continue to do it and authorized Heather to continue to do it as well. I immediately notified Employee Labor Relations, informed them that the contracts were compromised, needed to be audited, and for me to be removed from any association with the contracts due to the illegal activity, I also requested a permanent reassignment. All of which was denied. I immediately filed whistleblower complaints; which management and employee relations informed Wayne Boswell. He told me that he was aware of my complaints, and that he would destroy me, make my life a living hell, and by the time that anything could be investigated, he would have his retirement paperwork submitted and there's nothing that I could do. Thankfully I had over 180 hours of "use or lose time", so I came back to work in the middle of January 2017. The harassment ensued. Andy Cohen harassed me, and Wayne harassed me. They met with contractors privately, shared statements of work documents to ensure proposal language mirrored what was submitted for competition, and the fraud and corruption was endless. I continually informed management, who in turn informed Wayne and the abuse towards me was unbearable. Wayne cancelled my leave and put me AWOL. He called me at home while I was on leave and threatened me; which resulted in the Virginia Magistrate providing me with an order of protection against Wayne. Wayne was able to retire in March 2017. But not before cancelling my leave which I was out which resulted in me being placed on AWOL; two weeks later in April 2017, I was placed on administrative leave, and August 2017, I was fired. Andrew Cohen was verbally placed in charge as my director, there was no personnel action reflecting this as Wayne gave him access to my personnel records as my colleague, and he harassed me until I was fired. I was fired by my colleague because he had no management authority to fire me, yet it was all verbally approved by management. Feel free to check the records; but please note, he was informed by the SES to backdate any documents. HR should have the correct personnel actions unless though too were modified.

I had just gotten a promotion in October 2016 to a GS-15, I received a $1300 cash bonus, and and an exceptional evaluation (all from Wayne Boswell), in December 2016, I received a certificate of exemplary service because of my work ethics. My complaints were submitted before my leave in December 2016. I was happy, I was a hard worker, and I enjoyed my job. Because I chose to report a corrupt individual for trying to place me in the line of fire for his corruption and for falsifying my name, and damaging my reputation, I got fired. I did nothing wrong. I chose to protect my integrity, government funding, and yet a person who is engaging in corruption is rewarded for his unethical behavior. I did nothing to justify being fired, I was never written up my entire career, nor was I was ever placed on a performance plan. How can I be when I received the accolades? This should show you that anything that was submitted by Wayne Boswell, Andrew Cohen, or that management team was fictitious, doctored, and falsely documented. That department is full of corruption, and I did not commit any wrongdoing I just tried to be an honest employee despite the challenges that I was facing. The Agency alleges

that they would have fired me anyways. On what grounds? Wayne Boswell was allowed to cancel my vacation to put me AWOL (while I was on vacation), to change my evaluation from exceptional to failing in every category, and to provide the case file with notes that he hand wrote where he allegedly put me on a performance plan (that I was never on), and never signed because it didn't exist. He also collaborated statements from the corrupt individuals that I had mentioned in my complaints to include in his fictious reports. Wayne was supposed to have his access to the agency blocked after the order of protection was issued. This never happened, and he was allowed to not only enter the Pentagon, but host a retirement party in his honor.

I will not apologize for having integrity. The department, and the government has failed me. I, as a whistleblower, was in a protected class, yet they did not protect me. I had an order of protection because my manager threatened me, yet I was fired. When I look back at my actions, I would have done nothing differently. I stand on principle, I stand on integrity, but most of all, I stand on faith. I tried my best to protect my reputation, my military programs, and safeguard the government funding to ensure that money was spent appropriately and legally. Unfortunately, by protecting me and investigating the corruption, it would have resulted in numerous agency senior officials being found to have been involved in wrongdoing, corruption, mismanagement of government funding, contractual protests, and many other actions which would have been an embarrassment for the Department of Defense, and the federal government. So, to preserve the reputation of the Department of Defense, they made an example of the whistleblower. I prayed and asked God to direct my decisions and keep me safe, and He kept me physically safe when the government failed to protect me. I prayerfully request that you review the entire document in its entirety, overturn your original decision, and see that these antics by the Department of Defense were solely for the purpose of coverup of corruption. Despite what the outcome is, the truth is now a matter of record.

## CONCLUSION

The Court should grant rehearing or rehearing en banc, and rehear this appeal.

December 8, 2022
/s/ Elfina McIntosh
183-30 104th Avenue
Saint Albans, NY 11412
Telephone: (516) 660-5389

*Plaintiff, pro se*

INTOSH
[?] 104TH AVENUE
[?]ANS, NY 11412



ATTN: U.S. COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 Madison Place NW
Washington, DC 20439



7020 3160 0000 3218 3998