FORM 8B. Notice of Unrepresented Person Appearance                    Form 8B (p. 1)
                                                                       June 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF UNREPRESENTED PERSON APPEARANCE



**Case Number** 2019-2454

**Short Case Caption** McIntosh v. Defense

> **Instructions:** Refer to Federal Circuit Rule 47.3 for requirements governing appearance in this court. Unrepresented persons must immediately file an amended Notice of Appearance if contact information changes.
> Complete page 1 and, if applicable, the consent page corresponding to your filing and service selection of either **Consent to Electronic Filing** or **Consent to Electronic Service**.

## ENTRY OF APPEARANCE

I am entering my appearance on my own behalf ("pro se") in the above case.

**Name:** Elfina McIntosh

**Address:** 183-30 104th Avenue

Saint Albans, NY 11412

**Phone:** 516-660-5389          **Email:** ekcamc@outlook.com

## FILING AND SERVICE SELECTION

I will file all documents in the above case (**select only one**):

☐ through the court's electronic filing system, and I will receive all service by email at the above email address and have completed page 2 (**Consent to Electronic Filing**).

▪ in paper form by mail or in person, and I elect to receive all service by mail only.

☐ in paper form by mail or in person, and I elect to receive all service by email at the above email address and have completed page 3 (**Consent to Electronic Service**).

I certify that all information is true and correct and that a failure to abide by the above selections may result in my case being delayed or other actions deemed necessary by the court.

**Date:** 12/8/22          **Signature:** /s/ Elfina McIntosh

                           **Name:** Elfina McIntosh

MCINTOSH
B BO 104TH Avenue
QUEANS, NY 11412

ATTN: U.S. COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 Madison Place NW
Washington, DC 20439

