No. 19-2454

**RECEIVED**

United States Court of Appeals

for the Federal Circuit

JAN 2 3 2023

United States Court of Appeals
For the Federal Circuit

ELFINA MCINTOSH,

*Petitioner, pro se*

v.

DEPARTMENT OF DEFENSE,

*Respondent*

MERIT SYSTEMS PROTECTION BOARD,

*Intervenor*

Appeal from the Merit Systems Protection Board in No. DC-0752-17-0803-I-4

**MOTION TO SEAL RECORDS AND REDACT PERSONAL INFORMATION**

Due to the numerous unwelcome telephone, email, and written forms of contact that I have received from unwelcome, unknown individuals regarding this case, it has put my and my family at risk and our lives in danger. I request to have this case and any case this provides my name, address, email, telephone number, and any other information pertaining to me to be sealed and redacted for the safety of myself, my family, and minor children done immediately.

January 19, 2023

/s/ Elfina McIntosh
PO BOX 1110
Albany, NY 12201
*Plaintiff, pro se*

McIntosh
P.O. Box 1110
Albany, NY ~~12212~~ 12201

NEW YORK NY 100
19 JAN 2023 PM 10 L

U.S. Court of Appeals for the Federal Circuit
717 Madison Pl NW
Washington, DC 20005

20005-770199